# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arcara, Richard J. | U.S. District Court W.D.N.Y. | 5/5/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

2 Niagara Square
Buffalo, New York 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2015 | IRA - RBC Capital Management | $2,572.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2015 | AAA Western and Central New York Board Member - Stipend |
| 2. 2015 | Executive Dimensions - Salary |
| 3. 2015 | Health Now Board Member - Stipend |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RBC Branch Sweep Program | A | Interest | N | T | | | | | |
| 2. RBC Branch Sweep Program (Y) | | | | | | | | | |
| 3. RBC Branch Sweep Program | A | Interest | M | T | | | | | |
| 4. RBC Branch Sweep Program | A | Interest | J | T | | | | | |
| 5. RBC Wealth Management Cash (formerly CTS Cash RBC Wealth) | | None | J | T | | | | | |
| 6. Allianz NFJ Dividend Val Cl. C | A | Dividend | K | T | | | | | |
| 7. Allstate Corporation 6.25% pfd ser F | A | Dividend | J | T | | | | | |
| 8. Allstate Corporation 6.75%, pfd stk ser C | A | Dividend | J | T | | | | | |
| 9. Ally FINL Inc 8/15/18 | A | Dividend | K | T | Buy | 8/24/15 | K | | |
| 10. Ally Financial Inc 4.15% | B | Interest | K | T | | | | | |
| 11. Alternative Loan Trust MTGPC Series | A | Interest | J | T | | | | | |
| 12. Arcelormittal Sr Unsecured | A | Interest | J | T | | | | | |
| 13. Bank Amer Corp Sr Internotes | A | Interest | | | Redeemed | 2/17/15 | K | | |
| 14. Bank of America Corp 6.5% Shs REPSTG | B | Dividend | K | T | Buy | 1/21/15 | K | | |
| 15. Bank of America Corp 6.5% Shs REPSTG | A | Dividend | J | T | Buy | 1/21/15 | J | | |
| 16. Bank of America Corp 6.625% Non Cum Prfd | A | Dividend | J | T | | | | | |
| 17. Bank of America FDG Corp Series 2007-2 Class 1A7 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of American Fund Corp Ser 2007-2 CL TA1B | A | Interest | J | T | | | | | |
| 19. Bank of America Funding Trust | | None | | | Closed | 01/01/15 | J | | |
| 20. BlackRock Global Allocation Fd CL C | | None | | | Sold | 4/20/15 | J | | |
| 21. BlackRock Global Allocation Fd Inc Cl C | A | Dividend | J | T | | | | | |
| 22. BlackRock Global Allocation Fd Inc Cl C | B | Dividend | K | T | | | | | |
| 23. BlackRock Global Dividend Portfolio Cl C | A | Dividend | | | Sold | 4/20/15 | J | B | |
| 24. Blackrock Intl Growth & Income Fund | B | Dividend | K | T | | | | | |
| 25. Blackrock Multi Sector Income | B | Dividend | K | T | | | | | |
| 26. BlackRock NY Muni Income | A | Dividend | J | T | Sold (part) | 03/11/15 | J | B | |
| 27. Chase Mtge Ser 2005 (formerly Chase Mtge FIN TR 20)(Y) | | | | | | | | | |
| 28. CHL Mortgage Pass Through 2006-15 | A | Interest | J | T | | | | | |
| 29. CHL Mortgage Pass Through 2006-J4 | A | Interest | J | T | | | | | |
| 30. CHL Mortgage Pass Through 2006-16 | A | Interest | J | T | | | | | |
| 31. CHL Mortgage Pass Through 2007-3 | A | Interest | J | T | Buy | 01/26/15 | J | | |
| 32. Citigroup Inc. 5.8% pfd ser C non cum | B | Dividend | K | T | | | | | |
| 33. Citigroup Inc. 6.875% ser K | B | Dividend | K | T | | | | | |
| 34. Citigroup Inc. Com | A | Dividend | | | Sold | 12/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CitiMortgage Alt. Loan Trust Series 2006-A4(Y) | | | | | | | | | |
| 36. Citimortgage Alternative Loan Trust Series 2006-A4 | A | Interest | J | T | | | | | |
| 37. Clearbride Value Trust Class C | | None | K | T | | | | | |
| 38. Clearbridge Energy MLP Total Return Fund | B | Dividend | J | T | | | | | |
| 39. Cleveland Biolabs Inc Com New (Formerly Cleveland Biolabs Inc)(Y) | | | | | | | | | |
| 40. Cohen & Steers MLP Income & Energy Opportuity FD Inc | B | Dividend | J | T | | | | | |
| 41. Compton Calif Cmnty Redev Agy | | None | J | T | | | | | |
| 42. Computer Task Group Inc | A | Dividend | J | T | | | | | |
| 43. Corp Back JCPenney Ser 07-1CL A-1 | B | Interest | J | T | | | | | |
| 44. Countrywide Alternative Loan Ser. 2005 (Y) | | | | | | | | | |
| 45. Countrywide Capital V 7% | B | Interest | K | T | | | | | |
| 46. Countrywide Home LN Class A11 | A | Interest | J | T | | | | | |
| 47. Credit Suisse First Boston Mtg Ser 2006-1 | A | Interest | J | T | | | | | |
| 48. CWALT Inc Alternative Loan Trust | A | Interest | J | T | | | | | |
| 49. CWALT Inc. Class 1-A-10 | A | Interest | J | T | | | | | |
| 50. Doubleline Income Solutions FD | B | Dividend | K | T | | | | | |
| 51. Doubleline Income Solutions FD | A | Dividend | J | T | Buy | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Duke Energy Corporation 5.125% Jr Sub Debentures | B | Interest | K | T | | | | | |
| 53. Eaton Vance High Income Opportunities Fund Class C | A | Dividend | | | Sold | 07/27/15 | K | | |
| 54. Eaton Vance Tax-Managed Glbl Diversified Equity Income Fd | B | Dividend | K | T | | | | | |
| 55. Euro Pac Growth Fund CL C | A | Dividend | K | T | | | | | |
| 56. Euro Pacific Growth Fund Cl. A | A | Interest | J | T | | | | | |
| 57. Fannie Mae CMO Series 2011-142 | A | Interest | J | T | | | | | |
| 58. Federal Home Loan Mtg Corp Cl KQ | | None | | | Sold | 04/20/15 | J | | |
| 59. Federal Home Loan Mtg Corp Ser 4027 Cl YD (Y) | | | | | | | | | |
| 60. Federal National Meeting Assc 2012-70 | A | Interest | J | T | | | | | |
| 61. Federal Nation Meeting Assn 2013-41 | A | Interest | K | T | Buy | 02/11/15 | K | | |
| 62. Fidelity Adv New Insights C | B | Dividend | L | T | | | | | |
| 63. Fidelity Adv New Insights Fd Cl A | B | Dividend | K | T | | | | | |
| 64. Fidelity Adv New Insights Fd Cl A | A | Dividend | J | T | Sold (part) | 11/20/15 | J | A | |
| 65. Fidelity Adv New Insights Cl C | A | Dividend | J | T | Sold (part) | 04/20/15 | J | A | |
| 66. Fidelity Adv New Insights Fd Cl A | A | Dividend | J | T | | | | | |
| 67. First Niagara FINL Grp Inc. 8.625% pfd non Cum Ser B | B | Dividend | K | T | | | | | |
| 68. First TR MLP & Energy Income Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Trust Intermediate Duration Preferred & Income FD | A | Interest | J | T | | | | | |
| 70. First Trust Intermediate Duration Preferred & Income Fd | A | Dividend | J | T | | | | | |
| 71. Ford Motor Credit Co. Fr 2.65% | A | Interest | | | Redeemed | 06/22/15 | K | | |
| 72. General Motors Accep Corp | | None | | | Closed | 01/01/15 | J | | |
| 73. Ginnie Mae CMO Series 2012-90 WD-Fixed RT | A | Interest | J | T | Buy | 07/17/15 | J | | |
| 74. GNMA Ser 2012-026 CL MH(Y) | | | | | | | | | |
| 75. GNMA Ser 2012-038 CL UE | A | Interest | K | T | | | | | |
| 76. Goldman Sachs Group Inc. 6.125% Notes due 11/01/60 | A | Interest | | | Sold | 11/02/15 | J | | |
| 77. Goldman Sachs HY Fund Cl.A | B | Dividend | K | T | | | | | |
| 78. GOV'T Nat'l Mtge Assoc 2012-038 CL UE | A | Interest | K | T | | | | | |
| 79. GOV'T Nat'l Mtge Assoc 2012-96 CLYG | A | Interest | J | T | | | | | |
| 80. Gov't Nat'l Mtg Assn Ser 2012-074 CL MB | A | Interest | K | T | Buy | 04/10/15 | K | | |
| 81. Hotchkis & Wiley FDS Mid Cap Value Fd Cl I | A | Dividend | J | T | | | | | |
| 82. Hotchkis & Wiley Funds Mid Cap Value FD CL C | B | Dividend | J | T | Buy | 09/16/15 | J | | |
| 83. HSBC Holdings PLC 8.125% Pfd | B | Dividend | J | T | | | | | |
| 84. Invesco Basic Value Opportunities CL C | B | Dividend | J | T | | | | | |
| 85. Invesco Charter Fund Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Invesco Trust Invt (Formerly Invesco Van Kampen Tr Invt) | A | Dividend | J | T | | | | | |
| 87. Ivy Asset Strategy CL C | A | Dividend | J | T | | | | | |
| 88. Ivy Asset Strategy Fd CI C | A | Dividend | J | T | | | | | |
| 89. Ivy Asset Strategy Fd CL C | B | Dividend | K | T | | | | | |
| 90. Ivy Fds Asset Strategy CI A | B | Dividend | K | T | Sold (part) | 02/12/15 | J | B | |
| 91. IVY FDS Inc. Large Cap Growth Fd CI C | A | Dividend | J | T | | | | | |
| 92. JC Penney Co SR NTS (formerly CBTCS for JC Penney) | B | Interest | K | T | | | | | |
| 93. JP Morgan TrustnSeries 2007-S1 | A | Interest | J | T | | | | | |
| 94. JP Morgan US Large Cap Core Plus C | B | Dividend | K | T | | | | | |
| 95. JP Morgan Chase & Co 6.30% Pfd Ser W | B | Dividend | K | T | | | | | |
| 96. KeyCorp New | A | Dividend | J | T | | | | | |
| 97. Kinetics Paradigm Fd CL C (formerly Mut Fds) | | None | K | T | | | | | |
| 98. Kinetics Paradigm Fund Advisor CI C | | None | J | T | | | | | |
| 99. Leg Mason Global Asset Mgmt CI A | A | Dividend | | | Sold | 12/29/15 | J | | |
| 100. Legg Mason Global Asset Mgmt Tr Miller Income Opportunity CI C | B | Dividend | K | T | | | | | |
| 101. Legg Mason Opportunity Trust CI A | | None | J | T | Buy | 12/29/15 | J | | |
| 102. Legg Mason Opportunity Trust CI C | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Legg Mason Opportunity Trust Cl C | | None | J | T | | | | | |
| 104. Legg Mason Opportunity Trust Cl C | | None | K | T | Buy | 09/16/15 | K | | |
| 105. Legg Mason Opportunity Trust Cl C | | None | J | T | Sold (part) | 04/20/15 | J | C | |
| 106. Lehman Mortgage Trust Series 2007-10 | B | Interest | J | T | | | | | |
| 107. M&T Bank Corp | B | Dividend | L | T | | | | | |
| 108. National Fuel Gas Co | A | Dividend | J | T | | | | | |
| 109. New Perspective Fund IncCl. A | A | Dividend | J | T | | | | | |
| 110. .Nuveen High Income December 2018 Target Term Fund | | None | K | T | Buy | 11/13/15 | K | | |
| 111. .Nuveen High Income 2020 Target Term Fund | A | Dividend | K | T | Buy | 07/29/15 | K | | |
| 112. Nuveen Credit Strategies Inc Fund | A | Dividend | J | T | | | | | |
| 113. Philadelphina PA Public Serv Rev 1999B | | None | | | Redeemed | 04/15/15 | K | | |
| 114. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 115. Prospect Cap Corp FR 5% Callable | | None | K | T | Buy | 09/16/15 | K | | |
| 116. Prudential Finl Inc | | None | | | Closed | 01/01/15 | J | | |
| 117. Prudential Jennison 20/20 Focus Fund Class C | B | Dividend | J | T | | | | | |
| 118. Prudential Jennison Growth Fund Cl A(formerly Jennison Growth Fd) | B | Dividend | K | T | | | | | |
| 119. Residential Accredit LNS Inc CL A-5 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Residential Accredit LNS Inc CL I-A-5 | A | Interest | J | T | | | | | |
| 121. RFMSI Trust MTGPC/SER 2005 | A | Interest | J | T | | | | | |
| 122. Royce Fd Total Return Fd Consultant | A | Dividend | J | T | | | | | |
| 123. Royce Fund - PA | B | Dividend | J | T | | | | | |
| 124. Royce Fund - PAMutual Fund Consultant Cl | B | Dividend | K | T | | | | | |
| 125. Royce Fund - PAMutual Fund Consultant Cl | B | Dividend | K | T | | | | | |
| 126. Royce Fund - Total Return Con | | None | | | Closed | 01/01/15 | J | | |
| 127. San Bernardino Cnty Calif Fing Pension Obligation | | None | J | T | | | | | |
| 128. San Bernardino Cnty Calif Fing Pension Obligation. 1995 | | None | J | T | | | | | |
| 129. SCE Trust I 5.625% Trust Cu, Pref Secs | B | Dividend | K | T | | | | | |
| 130. Sears Holding Corp SR Secd 6.625% | B | Interest | | | Sold | 08/17/15 | K | B | |
| 131. SLM Corp Ednotes Cpn 5% | A | Interest | | | Redeemed | 09/15/15 | J | B | |
| 132. SLM Corp endnotes 4% to 6/6 4.7% | A | Interest | K | T | Buy | 07/17/15 | K | | |
| 133. SLM Corp Med Term Note | A | Interest | J | T | | | | | |
| 134. Southern Company (The) SER 2015A 6.25% JNR Subordntd | | None | K | T | Buy | 10/2/15 | K | | |
| 135. Southern Company (The) SER 2015A 6.25% JNR Subordntd | | None | J | T | Buy | 10/02/15 | J | | |
| 136. SuperValu Inc SR NTS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Templeton Foreign Fd Cl A | A | Dividend | J | T | | | | | |
| 138.  Thornburg Intl Value Fund Cl. A | B | Dividend | K | T | | | | | |
| 139.  United States Cellular Corp 7.25% Sr. Notes (x) | B | Int./Div. | K | T | | | | | |
| 140.  United States National Gas Fund LP | | None | | | Sold | 12/15/15 | J | | |
| 141.  United Sts STL Corp New SR NT | A | Interest | J | T | | | | | |
| 142.  United STS STL Corp New SR NT | B | Interest | K | T | | | | | |
| 143.  Wells Fargo & Company 6% Dep Shs REPSTG 1/1000th INT | A | Dividend | K | T | Buy | 09/09/15 | K | | |
| 144.  Wells Fargo Mtg Backed Securities Ser 2006-6(Y) | | | | | | | | | |
| 145.  Wells Fargo Mtge Backed 2006-6 I-A-1 | A | Interest | J | T | | | | | |
| 146.  Wells Fargo Mtge Backed 2006-8 A-4 | A | Interest | J | T | | | | | |
| 147.  Wells Fargo Mtge Sec 2006-11 A-13 | A | Interest | J | T | | | | | |
| 148.  Wells Fargo Mtge Sec 2006-8 A-5 | A | Interest | J | T | | | | | |
| 149.  Western Asset High Yield Defined Opportunity Fd | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/5/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard J. Arcara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544